Johnney RAMEY, Plaintiff–Appellant,

v.

ROBINSON, Dr., Medical Doctor; et al., Defendants–Appellees,

and

**L. Loo, Chief of Medical Staff, Defendant.**

No. 01–17534.

D.C. No. CV–98–05356–AWI.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 12, 2002.*

Decided Aug. 19, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM**

California state prisoner Johnney Ramey appeals pro se the adverse jury verdict on his 42 U.S.C. § 1983 claim that prison medical personnel acted with deliberate indifference to his serious medical needs in diagnosing and treating a cyst on his wrist. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review jury verdicts for substantial evidence, *Johnson v. Paradise Valley Unified Sch. Dist.*, 251 F.3d 1222, 1227 (9th Cir.2001), and we affirm.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

Ramey simply disagrees with the jury's conclusion. This Court "may not substitute its view of the evidence for that of the jury." *Id.* Substantial evidence is evidence adequate to support the jury's conclusion, even if it is possible to draw a contrary conclusion from the same evidence. *Id.* Upon review of the trial transcript, we conclude that substantial evidence supports the jury's verdict. *See Three Boys Music Corp. v. Bolton,* 212 F.3d 477, 482 (9th Cir.2000), *cert. denied,* 531 U.S. 1126, 121 S.Ct. 881, 148 L.Ed.2d 790 (2001).

Ramey's "Motion of Opposition to the Statement of Allegations Present by Defendants," lodged June 13, 2002, is denied.

**AFFIRMED.**